No. 04–805. TEXACO INC. *v.* DAGHER ET AL.; and
No. 04–814. SHELL OIL CO. *v.* DAGHER ET AL. C. A. 9th Cir. [Certiorari granted, 545 U. S. 1138.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*

and for divided argument granted. Motion of respondents for divided argument denied.